IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| **REYNOLDS E. BRYAN,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION NO. |
| v. | ) 3:04cv1130-T |
| | ) (WO) |
| **PLANTATION PATTERNS,** | ) |
| | ) |
| Defendant. | ) |

### JUDGMENT

Pursuant to the joint stipulation of dismissal (Doc. No. 52), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with court costs taxed as paid.

It is further ORDERED that all outstanding motions are denied as moot.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 7th day of December, 2005.

                         /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE